UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CRISTIAN QUINTERO FELIX,

        Defendant.

_____/

No. CR 13-633 PJH

**ORDER ON REQUESTS TO FILE UNDER SEAL AND TO UNSEAL**

The government has requested that the April 23, 2014, ex parte declaration of Angela Hansen, filed under seal in support of defendant's motion to confirm identity of informant and to disclose *Brady* information, be unsealed.  Defendant opposes the request to unseal, and given that the informant has testified, the court sees no basis for unsealing the declaration now.  The request to unseal the Hansen Declaration is therefore DENIED.  However, if this matter is appealed, the court will reconsider a request to unseal this part of the record.

The government further asks that defendant's brief in support of his request for complete government production of exculpatory information on informant be filed under seal, based on concerns about the informant's safety in light of the discussion of the informant's work with law enforcement contained therein.  Having reviewed the filing, and for good cause shown, the court ORDERS that defendant's request for production of exculpatory information on informant, doc. no. 168, be FILED UNDER SEAL.

    **IT IS SO ORDERED.**

Dated:  November 13, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California